UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOROTHY FRANCO, ) | No. CV 06-2433 FFM |
| ) Plaintiff, ) | JUDGMENT |
| ) v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| ) Defendant. ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: October 17, 2008

/ s / FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge